DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWIN H. SOMERS, JR.,**
Appellant,

v.

**RONALD L. LOVELL** and **CHRISTA D. SOMERS,**
Appellees.

No. 4D21-1728

[January 27, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 50-2020-SC-021243-XXXX-MB.

Edwin H. Somers, Jr., Palm Beach, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***